JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERICK ARMANDO MORALES,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-03463-KES

**JUDGMENT**

For the reasons stated in the Court's Order Granting the Petition and Ordering a Bond Hearing Pursuant to 8 U.S.C. § 1226(a) Within Seven Days (Dkt. 11), Judgment is hereby entered granting the Petition.

DATED: July 9, 2026

_____
Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE